```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**DONNA HEDGES,**

                **Plaintiff,**

    - against -

**ARBOR SNOWBOARDS, INC.,**

                **Defendant.**

------------------------------------------------

25-cv-3620 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties are directed to discuss settlement and provide an update to the Court by **August 2, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **May 2, 2025**

                                  <u>/s/ John G. Koeltl</u>
                                      John G. Koeltl
                            **United States District Judge**